IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LYNN BOGART<br>xxx-xx-xxxx<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>　　　　Defendant. | Case No. 19-584 KJN<br><br>ORDER EXTENDING<br>PLAINTIFF'S TIME TO FILE<br>SUMMARY JUDGEMENT MOTION |

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended from November 4, 2019, to December 4, 2019, with all other deadlines adjusted accordingly.

Dated: November 14, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

boga.584