MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

| | |
|---|---|
| CAROL LYNN BOGART, | ) |
|             Plaintiff, | ) Case No. 2:19-CV-00584-KJN |
| v. | ) **FIRST REQUEST AND ORDER FOR** |
| ANDREW SAUL,[1] | ) **EXTENSION OF TIME** |
| Commissioner of Social Security, | ) |
|             Defendant. | ) |

      Defendant Andrew Saul, Commissioner of Social Security (Defendant), and Plaintiff Carol Lynn Bogart, by and through their respect counsel of record, stipulate that Defendant shall have an extension of thirty (30) days to file his Opposition to Plaintiff's Opening Brief. The current due date is January 3, 2020. The new date will be February 3, 2020. Defendant requests this extension because the attorney responsible for briefing this case is having a medical procedure next week and will be taking leave. This request is made in good faith with no intention to unduly delay the proceedings. The

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

- 1 -

parties further stipulate that the Court's Scheduling Order shall be modified accordingly, with Plaintiff's reply brief due on February 24, 2020.

Dated: December 27, 2019     /s/ *Bess Murchison Brewer*
(*as authorized via email on December 27, 2019)
BESS MURCHISON BREWER
Attorney for Plaintiff

Dated: December 27, 2019     MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ *Gina Tomaselli*
GINA TOMASELLI
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED. DEFENDANT SHALL FILE HIS OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE FERUARY 3, 2020.

Dated: January 3, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

boga. 584